**Motion Granted and Order filed December 13, 2018**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-17-00732-CV
_____

**HARRIS COUNTY, TEXAS AND KEVIN VAILES, Appellant**

**V.**

**BARBARA COATS, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMAIL AMRON, DECEASED, AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED; AND**

**ALI AMRON, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED.BARBARA COATS, ET AL, Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-55551**

## ORDER

Harris County, Texas filed a notice of appeal from the trial court's judgment. Kevin Vailes also filed a notice of appeal from the same judgment. Barbara Coats, Individually, as Personal Representative of the Estate of Jamail Amron, Deceased,

and as Heir to the Estate of Jamail Amron, Deceased; and Ali Amron, Individually and as Heir to the Estate of Jamail Amron, Deceased (Coats Parties) filed a cross-appeal from the same judgment. The parties filed a joint motion to enter an order on a briefing schedule. The motion is granted. Accordingly, we order the following:

- The combined appellees'/cross-appellants' brief of the Coats Parties is due 60 days after November 14, 2018;
- The combined reply/cross-appellees' briefs of Harris County and Vailes are due 45 days after the combined appellees'/cross-appellants' brief of the Coats Parties is filed; and
- The reply brief of the Coats Parties is due 30 days after the combined reply/cross-appellees' briefs of Harris County and Vailes are filed.

Word limits for each brief shall follow Texas Rule of Appellate Procedure 9.4(i). The aggregate briefing for each party shall not exceed 27,000 words. *See* Tex. R. App. P. 9.4(i).

The court will consider an extension of these briefing deadlines upon a proper motion of any party. *See* Tex. R. App. P. 10.5. Any extension granted based on a party's motion will extend the deadlines in this order for all other parties by the same amount of time.

PER CURIAM

Panel consists of Justices Busby, Brown, and Wise.